John Victor Clarke and Copley Clarke, Respondents, v. Lucile C. Becker, Individually and as Administratix, etc., and Others, Appellants, Impleaded with Edward J. Lewis, Respondent, and Another, Defendant.

(No. 2.)— Order affirmed, with ten dollars costs and disbursements. All concurred.